## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARTHA ESPINOZA, | ) | |
| | ) | |
| Plaintiff, | ) | 17 CV 06361 |
| | ) | |
| vs. | ) | |
| | ) | Honorable John J. Tharp, Jr. |
| | ) | |
| TARGET CORPORATION, a domestic | ) | |
| corporation, and TARGET STORE #2087, a | ) | |
| domestic corporation; | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RULE 41 (a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST ALL DEFENDANTS

Plaintiff, by undersigned Counsel, hereby voluntary dismisses his complaint, without

prejudice, against Defendants, TARGET CORPORATION and TARGET STORE #2087

pursuant to Fed. R. Civ. P. 41(a)(1)(A)

/s/ Daniel Yukich
Counsel for Plaintiff

Daniel Yukich
Vrdolyak Law Group, LLC
741 N. Dearborn
Chicago, IL 60654
312-482-8200
dyukich@vrdolyak.com